# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MAURICE BARNETT,**

      **Plaintiff,**

**v.**                            **Case No.  6:11-cv-1557-Orl-35GJK**

**RONNIE BRADSHAW, et al.,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

On September 28, 2011, the Court ordered Plaintiff to file an amended complaint within fourteen days from the date of the Order (Doc. No. 4).   Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice.   As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.   The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 24th day of October, 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 10/21
Maurice Barnett